A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

APOTEX INC.,

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) |
| vs. | ) |
| FOOD AND DRUG ADMINISTRATION, et al., | ) ) |
| Defendant(s) | ) ) |

**APPEARANCE**

CASE NUMBER    07-cv-01194-RMU

To the Clerk of this court and all parties of record:

Please enter the appearance of   William A. Rakoczy   as counsel in this
(Attorney's Name)

case for:   Apotex Inc.
(Name of party or parties)

July 3, 2007
Date

489082
BAR IDENTIFICATION

Signature

William A. Rakoczy
Print Name
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard St., Suite 500
Address

Chicago, Illinois                    60610
City          State          Zip Code

312-222-6301
Phone Number