AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

APOTEX INC.,

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER    07-cv-01194-RMU

FOOD AND DRUG ADMINISTRATION,
et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Amy D. Brody__ as counsel in this
                                       (Attorney's Name)

case for: __Apotex Inc.__
                (Name of party or parties)

July 3, 2007
Date

*(signature)*
Signature

478100
BAR IDENTIFICATION

Amy D. Brody
Print Name
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard St., Suite 500
Address

Chicago, Illinois    60610
City    State    Zip Code

312-222-6344
Phone Number