IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>)<br>Defendants. )<br>) | Case No. 07-CV-1194 (RMU) |

### APOTEX INC.'S CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE

Plaintiff Apotex Inc. ("Apotex") respectfully moves to adopt the following briefing schedule on Apotex's motion for temporary restraining order and/or preliminary injunction:

- Opposition of federal defendants due by 5:00pm, Friday, July 6, 2007.

- Apotex's reply due by 5:00pm, Monday, July 9, 2007.

Counsel for Apotex has conferred with counsel for federal defendants, who consents to this briefing schedule. A proposed order accompanies this motion.

Dated: July 3, 2007.                    Respectfully submitted,

                                        APOTEX INC.

                                        By:  /s/ Arthur Y. Tsien
                                            Arthur Y. Tsien, D.C. Bar No. 411579
                                            Kathryn E. Balmford, D.C. Bar No. 482279
                                            OLSSON, FRANK AND WEEDA, P.C.
                                            1400 16th Street, N.W., Suite 400
                                            Washington, D.C. 20036-2220
                                            (202) 789-1212
                                            (202) 234-3550 (facsimile)

-2-

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Amy D. Brody, D.C. Bar No. 478100
Natalie G. Mitchell
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)
wrakoczy@rmmslegal.com

*Counsel for Apotex Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTEX INC., ) | |
|        ) | |
|        Plaintiff, ) | Case No. 07-CV-1194 (RMU) |
|    v. ) | |
|        ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| ANDREW C. VON ESCHENBACH, M.D., ) | |
|        ) | |
|        Defendants. ) | |

### **[PROPOSED] ORDER**

The Court, having considered Apotex Inc.'s Consent Motion to Establish Briefing Schedule, finds that the proposed briefing schedule should be adopted. It is hereby ORDERED that:

- Opposition of federal defendants is due by 5:00pm, Friday, July 6, 2007.

- Apotex Inc.'s reply is due by 5:00pm, Monday, July 9, 2007.

_____
United States District Judge

Date:  July __, 2007