UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1194 (RMU) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

In the Federal Defendants Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction filed, which was filed on July 6, 2007, we indicated that Apotex's motion for reconsideration of the Federal Circuit's denial of its request for a stay remained pending in that court. In fact, as we learned for the first time today, Apotex's motion for reconsideration was denied by the Federal Circuit on July 5, 2007.

A copy of the court's order is attached hereto.

Of Counsel:

DANIEL MERON
General Counsel

SHELDON T. BRADSHAW
Chief Counsel, Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director
Office of Consumer Litigation

|  |  |
|---|---|
|  | _____/s/_____ |
| WENDY S. VICENTE | ANDREW E. CLARK |
| Associate Chief Counsel | Attorney |
|  | Office of Consumer Litigation |
| U.S. Dept. of Health & Human Services | U.S. Department of Justice |
| Office of the General Counsel | P.O. Box 386 |
| 5600 Fishers Lane | Washington, D.C.  20044 |
| Rockville, MD  20857 | Tel:  (202) 307-0067 |
| (301) 827-7138 | Fax:  (202) 514-8742 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice of Filing to be served via the District Court's electronic filing (ECF) system upon:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C.  20036-2220
*Counsel for Plaintiff Apotex Inc.*

William A. Rakoczy
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Plaintiff Apotex Inc.*

Joshua D. Wolson
COVINGTON & BURLING LLP
1201 Pennylvania Ave., N.W.
Washington, D.C.  20004
*Counsel for Proposed Intervenor-Defendant AstraZeneca LP*

this 10th day of July, 2007.

                                                           /s/
                                        Andrew E. Clark

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE OMEPRAZOLE PATENT LITIGATION

---

2007-1414, -1416

ASTRAZENECA AB, AKTIEBOLAGET HASSLE,
KBI-E, INC., KBI INC., and ASTRAZENECA, LP,

Plaintiffs-Appellees,

v.

APOTEX CORP., APOTEX, INC.,
and TORPHARM, INC.,

Defendants-Appellants,

and

IMPAX LABORATORIES, INC.,

Defendants-Appellant.

ON MOTION

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and MAYER, Circuit Judge.

PER CURIAM.

O R D E R

Apotex Corp. et al. moves for panel reconsideration of the court's order denying its motion for a partial stay, pending appeal, of the June 14, 2007 judgment of the United States District Court for the Southern District of New York. Impax Laboratories, Inc. joins the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

                                                FOR THE COURT

JUL 0 5 2007

_____
        Date

                                                /s/ Jan Horbaly
                                          _____
                                            Jan Horbaly
                                            Clerk

cc:    Errol B. Taylor, Esq.
        Robert S. Silver, Esq.
        Blair M. Jacobs, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL - 5 2007

**JAN HORBALY
CLERK**

2007-1414, -1416                2