AO 440 (Rev. DC - September 2003) Summons in a Civil Action        *07 cv 01194*

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX, INC.,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

FOOD AND DRUG ADMINISTRATION, MICHAEL
O. LEAVITT, AND ANDREW VON ESCHENBACH,

    Defendants.

CASE NUMBER:

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General of the United States
  of America
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Kathryn E. Balmford, Esq.
Olsson, Frank and Weeda, P.C.
400 Sixteenth Street, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/3/07 |
| NAME OF SERVER (PRINT) McKay Tolbert | TITLE attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies at the defendants office / place of business with WT Lee General Clerk, Department of Justice, Main Building, Mailroom - RM-BLL/206

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/07
            Date

Signature of Server

1400 16th Street Washington D.C.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.