AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*07cv01194*

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX, INC.,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

FOOD AND DRUG ADMINISTRATION, MICHAEL O. LEAVITT, AND ANDREW VON ESCHENBACH,

    Defendants.

CASE

Case: 1:07-cv-01194
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/2/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Andrew C. Von Eschenbach
Commissioner of Food and
  Drug Administration
5600 Fishers Lane
Rockville, MD 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Kathryn E. Balmford, Esq.
Olsson, Frank and Weeda, P.C.
400 Sixteenth Street, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL - 2 2007

CLERK

DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 16, 2007 |
| NAME OF SERVER *(PRINT)* BOBBY SCHOCHET | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Jean Knight, Executive Assistant to the Assistant Deputy Chief Counsel Sheldon Bradshaw

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 16, 2007          *Bobby Schochet*
                Date                              Signature of Server

1400 16th St. N.W.
Address of Server
Suite 400
Washington DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.