IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-01194-RMU |
| ) | |
| FOOD AND DRUG ADMINISTRATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**APOTEX INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN
SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION**

Apotex respectfully seeks leave of Court for permission to file the attached Apotex Inc.'s Supplemental Reply in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction and the accompanying Second Supplemental Declaration of Tammy L. McIntire. The proposed brief and declaration are intended to bring to this Court's attention additional information that Apotex is suffering irreparable harm as a result of FDA's unlawful June 28, 2007 letter ruling, which effectively ended Apotex's right to market its generic omeprazole drug products that had been available for over three years.

Pursuant to Local Civil Rule 7(m), counsel for Apotex consulted with counsel for defendant FDA and counsel for movant/proposed intervenor-defendant Astra. Counsel for FDA stated that FDA opposes this motion. Counsel for Astra stated that Astra takes no position on this motion.

A proposed Order accompanies this motion.

2

| | |
|---|---|
| Dated: August 27, 2007. | Respectfully submitted, |
| | APOTEX INC. |
| | By:   /s/ Arthur Y. Tsien |
| | Arthur Y. Tsien, D.C. Bar No. 411579 |
| | Kathryn E. Balmford, D.C. Bar No. 482279 |
| | OLSSON, FRANK AND WEEDA, P.C. |
| | 1400 16th Street, N.W., Suite 400 |
| | Washington, D.C. 20036-2220 |
| | (202) 789-1212 |
| | (202) 234-3550 (facsimile) |

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Amy D. Brody, D.C. Bar No. 478100
Natalie G. Mitchell
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 07-cv-01194-RMU |

**[PROPOSED] ORDER**

The Court has considered Apotex Inc.'s Motion for Leave to File Supplemental Reply in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction, the positions of the other parties, and the remainder of the Court file. It is hereby ORDERED that Apotex Inc.'s Motion for Leave to File Supplemental Reply in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction is granted.

Dated: _____ , 2007    _____
                                                                           United States District Judge

**SERVICE LIST**

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th St. NW, Suite 400
Washington, DC 20036
(202) 518-6318
atsien@ofwlaw.com

William A. Rakoczy
Amy D. Brody
Rakoczy Molino Mazzochi Siwik, LLP
6 West Hubbard Street
Suite 500
Chicago, IL  60610
(312) 222-6301
wrakoczy@rmmslegal.com
abrody@rmmslegal.com

Andrew E. Clark
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC  20044
(202) 307-0067
andrew.clark@usdoj.gov

Rhonda C. Fields
United States Attorney's Office
555 Fourth Street, N.W.
10th Floor
Washington, D.C.  20530
(202) 514-6970
rhonda.fields@usdoj.gov

Joshua D. Wolson
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C.  20044
(202) 662-6000
jwolson@cov.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.*, )<br>)<br>      Defendants. )<br>) | Case No. 07-cv-01194-RMU |

**APOTEX INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Apotex respectfully submits this supplemental reply brief in support of its motion for a temporary restraining order and/or preliminary injunction, filed July 2, 2007 (Dkt. Entry 3).

In its opening brief (Dkt. Entry 3) and its reply brief (Dkt. Entry 11), Apotex discussed the irreparable harm it was then suffering as a result of FDA's unlawful June 28, 2007 letter ruling that converted the final, effective approval of Apotex's abbreviated new drug application (ANDA) for generic 10mg and 20mg omeprazole capsules to a so-called tentative approval. That conversion prohibits Apotex from further marketing this important generic medicine that Apotex has lawfully been providing to consumers since November 2003.

The irreparable harm to Apotex includes a loss in consumer confidence (McIntire Decl.[1] ¶ 16) and confusion concerning the status of Apotex's omeprazole drug product (McIntire Supp. Decl.[2] ¶ 5).

The harm to Apotex continues and has, if anything, gotten more extreme. Apotex has recently become aware that Texas Medicaid has refused, and is refusing, to reimburse pharmacies for Apotex omeprazole products, even though Apotex had lawfully supplied these products under what was then Apotex's finally approved omeprazole ANDA, before receiving FDA's June 28, 2007 letter ruling (McIntire Sec. Supp. Decl.[3] ¶ 4).

This new circumstance further establishes that FDA's unlawful letter ruling is causing enormous harm to Apotex, even with regard to products lawfully sold and shipped before FDA's challenged ruling. FDA's letter ruling is causing confusion concerning the status of Apotex's omeprazole drug product and negatively impacting Apotex's business and reputation (McIntire Sec. Supp. Decl. ¶ 5). This new circumstance also completely negates the assertions of defendant FDA and proposed intervenor-defendant Astra that Apotex's asserted harm is "speculative and unsupported" (FDA Opp'n Mem. (Dkt. Entry 8) at 21; *see also* Astra Opp'n Mem. (Dkt. Entry 9) at 23-24).

For these reasons, as well as those stated in Apotex's opening brief and reply brief, this Court should grant Apotex's motion for temporary restraining order and/or preliminary injunction as expeditiously as possible.

---

[1]  References to "McIntire Decl." are to the Declaration of Tammy L. McIntire, dated July 2, 2007, submitted in connection with Apotex's opening brief in support of its motion for temporary restraining order and/or preliminary injunction (Dkt. Entry 3).

[2]  References to "McIntire Supp. Decl." are to the Supplemental Declaration of Tammy L. McIntire, dated July 9, 2007, submitted in connection with Apotex's reply brief (Dkt. Entry 11).

[3]  References to "McIntire Sec. Supp. Decl." are to the Second Supplemental Declaration of Tammy L. McIntire, submitted currently herewith.

Dated:  August 27, 2007.                    Respectfully submitted,

                                        APOTEX INC.

                            By:   /s/ Arthur Y. Tsien
                                  Arthur Y. Tsien, D.C. Bar No. 411579
                                  Kathryn E. Balmford, D.C. Bar No. 482279
                                  OLSSON, FRANK AND WEEDA, P.C.
                                  1400 16th Street, N.W., Suite 400
                                  Washington, D.C. 20036-2220
                                  (202) 789-1212
                                  (202) 234-3550 (facsimile)

Of Counsel:
William A. Rakoczy, D.C. Bar No. 489082
Amy D. Brody, D.C. Bar No. 478100
Natalie G. Mitchell
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC., )<br>)<br>          Plaintiff, )<br>   v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.*, )<br>)<br>          Defendants. )<br>) | Case No. 07-cv-01194-RMU |

**SECOND SUPPLEMENTAL DECLARATION OF TAMMY L. MCINTIRE**

I, TAMMY L. MCINTIRE, declare as follows:

1.    I am the President of Apotex Corp., which is located in Weston, Florida.

2.    I have personal knowledge of the facts set forth herein, or believe them to be true based on my experience in the pharmaceutical industry and information I have received in the course of my duties, and am competent to testify as to the same.

3.    I submit this Second Supplemental Declaration in support of Apotex's motion for temporary restraining order and/or preliminary injunction.

4.    Recently, Apotex learned that Texas Medicaid has refused, and is refusing, to reimburse pharmacies for Apotex omeprazole products, even though Apotex had lawfully supplied these products to the U.S. market, under what was Apotex's finally-approved omeprazole ANDA, prior to receiving FDA's June 28, 2007 letter ruling.

5.    This circumstance only further supports Apotex's position that FDA's revocation of Apotex's final approval is causing enormous harm to Apotex, even for products lawfully sold prior to such revocation. FDA's revocation of Apotex's lawfully-granted approval also is causing enormous confusion concerning the status of this drug product and negatively impacting

-2-

Apotex's business and reputation as a reliable provider of safe and effective omeprazole products. Apotex's reputation, in particular, continues to be diminished as a result of actions such as those by Texas Medicaid, which actions are a direct consequence of FDA's improper revocation of Apotex's finally-approved ANDA. It is therefore critical that FDA's letter ruling be set aside as soon as possible in order to prevent this continuing harm to Apotex's business and reputation.

6.     The foregoing facts are true and correct as I verify and believe.

Dated this 23rd day of August, 2007.

I, TAMMY L. MCINTIRE, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

                                                /s/ Tammy L. McIntire
                                          TAMMY L. MCINTIRE