# United States District Court
# For The District of Columbia

| | | |
|---|---|---|
| Apotex, Inc., | ) | **APPEARANCE** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-1194 (RMU) |
| | ) | |
| Food and Drug Administration, et al., | ) | |
| | ) | |
| Defendants | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of ___Carolyn F. Corwin___ as Counsel in this
(Attorney's name)

case for ___Astra Zeneca LP (intervenor)___
(name of party or parties)

August 27, 2007
Date

_Signature_ (Carolyn F. Corwin)

Carolyn F. Corwin
Print Name

DC Bar No. 939355
BAR IDENTIFICATION

Covington & Burling LLP
1201 Pennsylvania Avenue N.W.
Address

Washington, D.C.    20004-2401
City    State    Zip

202-662-5338
Phone Number