UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| APOTEX INC. | ) | |
| 150 Signet Drive | ) | |
| Weston, Ontario, Canada M9L-1T9 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-1194 (RMU) |
| FOOD AND DRUG ADMINISTRATION, ET AL. | ) | Electronic Case Filing |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE TO WITHDRAW COUNSEL

**THE CLERK OF THIS COURT** will please *withdraw* the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)