UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| APOTEX INC., | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No.:  07-1194 (RMU) |
| U.S. FOOD AND DRUG ADMINISTRATION *et al.*, | : | Document No.:  3 |
|     Defendants, | : | |
| and | : | |
| ASTRAZENECA LP, | : | |
|     Intervenor-defendant. | : | |

## ORDER

### Denying the Plaintiff's Motion for Injunctive Relief; Denying the Plaintiff's Motion for a Stay Pending Appeal; Granting Astrazeneca LP's Motion to Intervene and Denying the Plaintiff's Motion to Supplement

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 17th day of September 2007, it is hereby

**ORDERED** that the plaintiff's motion for injunctive relief is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for a stay pending appeal is **DENIED**; and it is

**ORDERED** that Astrazeneca LP's motion to intervene is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for leave to supplement is **DENIED**.

**SO ORDERED.**

                                                              RICARDO M. URBINA
                                                     United States District Judge