IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX, INC.,<br><br>                    Plaintiff,<br><br>           v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>                    Defendants,<br><br>           and<br><br>ASTRAZENECA LP,<br>        1800 Concord Pike<br>        Wilmington, DE 19803<br>        (302) 886-3000<br><br>                    Applicant for Intervention<br>                    as Defendant. | Case No. 1:07-cv-01194-RMU |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

        I, the undersigned, counsel of record for Applicant for Intervention AstraZeneca LP, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of AstraZeneca LP which have any outstanding securities in the hands of the public.

        AstraZeneca PLC

        The following entities, all of which have been acquired by AstraZeneca may still have publicly traded shares in public hands because all shares have not been tendered.

        Cambridge Antibody Technology Group plc (uk)
        MedImmune, Inc. (US)
        AstraZeneca Pharma Ltd (India)

These representations are made in order that judges of this Court may determine the need for recusal.

        Respectfully Submitted,

        /s/ Joshua D. Wolson
        Peter O. Safir (D.C. Bar No. 217612)
        Carolyn F. Corwin (D.C. Bar No. 939355)
        Joshua D. Wolson (D.C. Bar No. 473082)
        Laura E. Derr (D.C. Bar No. 500344)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave. N.W.
        Washington, D.C. 20004
        (202) 662-6000

        *Counsel for Applicants for Intervention as Defendant AstraZeneca LP*

Dated: July 6, 2007

# CERTIFICATE OF FILING AND SERVICE

I, Joshua Wolson, hereby certify that on this 6th day of July, 2007, I caused a true and correct copy of the foregoing to be filed with the Court by e-mailing an electronic Copy to the general mailbox for the United States District Court for the District of Columbia, dcd_cmecf@dcd.uscourts.gov.

I further certify that, on the same date, I caused true and correct copy to be served via electronic and first class mail upon the following:

Arthur Y. Tsien
Kathryn E. Blamford
OLSSON, FANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036
atsien@ofwlaw.com

William A. Rakoczy
Amy D. Brody
Natalie G. Mitchell
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
abrody@rmmslegal.com
nmitchell@rmmslegal.com

*Counsel for Plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, DC 20044
andrew.clark@usdoj.gov

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　/s/ Joshua D. Wolson
　　　　　　　　　　　　　　　　　　　　Joshua D. Wolson