IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 07-cv-01194-RMU |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i), FED. R. CIV. P., Plaintiff, Apotex Inc., hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: September 21, 2007

Respectfully submitted,

APOTEX INC.

By: /s/ Arthur Y. Tsien
Arthur Y. Tsien, D.C. Bar No. 411579
Kathryn E. Balmford, D.C. Bar No. 482279
OLSSON FRANK WEEDA TERMAN BODE
   MATZ PC
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

William A. Rakoczy, D.C. Bar No. 489082
Amy D. Brody, D.C. Bar No. 478100
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*